IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH MARTE, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| FDC - PHILADELPHIA | : | |
| | : | NO. 06-3381 |
| Respondent. | : | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is DENIED.

3. There is no probable cause to issue a certificate of appealability. The Clerk shall close this case.

It is so ORDERED.

BY THE COURT:

/S/ Michael M. Baylson
MICHAEL M. BAYLSON  J.